(October 5, 2012)

■ In the Matter of ABRAHAM TISCHLER, Respondent, v CIREL NEUMAN et al., Appellants, et al., Respondent. [951 NYS2d 408]—

Angiolillo, J.P., Dickerson, Austin and Sgroi, JJ., concur.